342-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
DAMPSKIBSSELSKABET NORDEN A/S and
NORIENT PRODUCT POOL A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DAMPSKIBSSELSKABET NORDEN A/S and
NORIENT PRODUCT POOL A/S,    08 CIV 5669 ( )

       Plaintiff,    **RULE 7.1 STATEMENT**

 -against-

PROJECTOR SA, PROJECTOR ASIA PTE LTD.
and PROJECTOR SERVICES LIMITED.,

       Defendant.
-----------------------------------------------------------------x

  The Plaintiffs, DAMPSKIBSSELSKABET NORDEN A/S and NORIENT PRODUCT POOL A/S, by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiffs are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
   June 24, 2008       FREEHILL HOGAN & MAHAR, LLP
              Attorneys for Plaintiffs
              DAMPSKIBSSELSKABET NORDEN A/S and
              NORIENT PRODUCT POOL A/S

       By: _____
         Michael E. Unger (MU 0045)
         80 Pine Street
         New York, NY 10005
         Telephone: (212) 425-1900
         Fax: (212) 425-1901

NYDOCS1/307345.1