GEORGE B. FREEHILL
WILLIAM L. JUSKA JR
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN
DON P. MURNANE, JR.
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ†
JOHN F. KARPOUSIS*
MICHAEL E. UNGER
WILLIAM J. PALLAS*
GINA M. VENEZIA*
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
◊ ALSO ADMITTED IN WASHINGTON D.C.
· ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
EMAIL reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

July 7, 2008

OUR REF: 342-08/MEU/SL

**DENIED**
/s/ George B. Daniels
GEORGE B. DANIELS
JUL 0 8 2008

**BY HAND**
The Hon. George B. Daniels
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re:   Dampskibsselskabet Norden A/S and Norient Products Pool A/S v. Projector SA, Projector Asia Pte Ltd. and Projector Services Limited, 08 CIV 5669 (GBD)

Dear Judge Daniels:

We represent Plaintiffs Dampskibsselskabet Norden A/S and Norient Products Pool A/S in the above Rule B attachment action and write to respectfully request that the Court execute the within proposed Order directing the issuance of Amended Process of Maritime Attachment and Garnishment. Courtesy copies of the proposed Order and Verified Complaint are enclosed herewith for the Court's ready reference.

By way of background, on June 24, 2008, Plaintiffs applied for a Rule B maritime attachment against Defendants Projector SA, Projector Asia Pte Ltd. and Projector Services Limited to obtain security in the amount of $715,472.93[1] in support of Plaintiffs' claim for unpaid demurrage pending adjudication before the English High Court pursuant to English law. By an Order dated June 26, 2008, Your Honor granted Plaintiffs' application for an attachment in the amount of $401,193.93 (the principal amount of Plaintiffs' claim).

The sum authorized to be restrained by the Court per its Order dated June 26, 2008 was reduced by $250,000, suggesting that Your Honor did not approve of security for the costs of the

---

[1] The Verified Complaint inadvertently stated that the total sum sought to be attached is $651,193.93 instead of $715,472.93 as we failed to include interest in the initial calculation.
NYDOCS1 308048.1

The Hon. George B. Daniels
July 7, 2008
Page 2

English High Court proceedings. As alleged in the Verified Complaint, the parties contractually agreed to the application of English law to the underlying dispute. As a matter of English law, such amounts are regularly awarded to the successful litigant and form part of the Plaintiffs' main claim. Recently, Your Honor granted a Rule B application for the cost of London arbitration proceedings in the matter captioned Ayres Shipping Inc. v. Pakri Tankers, 08 CV 554 (GBD) and as such, Plaintiffs respectfully request that the same be allowed for in this matter. Accordingly, Plaintiffs respectfully request that Your Honor execute the within proposed Order directing the issuance of Amended Process of Maritime Attachment and Garnishment in the full amount of $715,472.93, inclusive of Plaintiffs' principle claim, interest, attorneys fees and costs relating to the English proceedings.

    We thank the Court for its courtesy and attention to this matter.

                            Respectfully submitted,
                            FREEHILL HOGAN & MAHAR LLP

                            Michael E. Unger

NYDOCS1/308048.1

                FREEHILL, HOGAN & MAHAR LLP